■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. MARY LORENE VANDECASTLE, Admitted February 25, 1986, at a Term of the Appellate Division, Third Department. [765 NYS2d 773] —Order of suspension entered May 6, 1999 (257 AD2d 127) recalled and vacated. No opinion. Concur—Nardelli, J.P., Mazzarelli, Saxe, Ellerin and Williams, JJ.